**United States District Court**

For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MARK NICELY, individually and on
    behalf of all others similarly situated,
11                                                    No. C 14-03160 WHA
              Plaintiff,
12
13      v.
                                                    **ORDER RE DEADLINE FOR**
14  INTERNATIONAL GAME                               **PLAINTIFF'S RESPONSE TO**
    TECHNOLOGY, a Nevada Corporation,                **MOTION TO SEAL**
15
              Defendant.
16  _____/
17
18        Yesterday, defendant International Game Technology filed a motion to seal parts of the
19  complaint filed on July 11, 2014, because reportedly, those parts contain "trade secrets and
20  highly confidential and proprietary business information elated to IGT's patent award program"
    (Dkt. No. 19).
21
22        Pursuant to Civil Local Rule 7-11(b), plaintiff Mark Nicely shall file a response to
    defendant's motion by **4 PM ON SEPTEMBER 15, 2014**.
23
24        **IT IS SO ORDERED.**
25
26  Dated:  September 10, 2014.
27                                                    _____
                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
28