Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
HOYER & ASSOCIATES
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     +1.415.766.3539
Facsimile:     +1.415.276.1738

Attorneys for Plaintiff
MARK NICELY

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@JonesDay.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@JonesDay.com
Allison E. Crow (State Bar No. 279078)
acrow@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Defendant
INTERNATIONAL GAME TECHNOLOGY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NICELY,<br><br>                **Plaintiff,**<br><br>       **v.**<br><br>INTERNATIONAL GAME<br>TECHNOLOGY, a Nevada Corporation,<br>and DOES 1-25,<br><br>         **Defendants.** | **Case No. 14-03160 HSG**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF THE COMPLAINT, IN ITS ENTIRETY WITH PREJUDICE PURSUANT TO FRCP 41(A)(2)** |

Plaintiff Mark Nicely ("Plaintiff") and Defendant International Game Technology ("IGT" or "Defendant") hereby stipulate, by and through their respective counsel of record, that the above-referenced action is dismissed in its entirety with prejudice, with all parties to bear their

own costs and fees incurred herein.  The parties request that the Court enter an Order to this effect.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 4, 2015

HOYER & ASSOCIATES

By: /s/ Ryan L. Hicks
Ryan L. Hicks

Attorneys for Plaintiff
MARK NICELY

Dated: March 4, 2015

JONES DAY

By: /s/ Aaron L. Agenbroad
Aaron L. Agenbroad

Attorneys for Defendant
INTERNATIONAL GAME TECHNOLOGY

Pursuant to stipulation, the court orders that the above-referenced action, in its entirety, be dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: _____3/5/2015_____

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

1

## SIGNATURE ATTESTATION

2

I hereby attest that concurrence in the filing of this document has been obtained from all

3

persons whose signatures are indicated by a "conformed" signature (/S/) within this e-filed

4

document.

5

Dated: March 4, 2015                    HOYER & ASSOCIATES

6

By: /s/ Ryan L. Hicks

7

Ryan L. Hicks

8

Attorneys for Plaintiff
MARK NICELY

9

10

SFI-620899279v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 14-03160 HSG                    -3-          STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(A)(1)